518 A.2d 543

**John F. FLUEHR, Jr., Richard J. Fluehr and Mary Lou Fluehr, his wife, Theodore Fluehr and Joyce M. Fluehr, his wife, Appellants,**

v.

**Richard G. PAOLINO, D.O., Brookhaven Organization, Ltd., Univest Mortgage Company, Pearlstine, Salkin, Hardiman and Robinson, Pearlstine, Salkin Associates and Joseph Ventresca.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1986.

Decided Dec. 15, 1986.

18

Thomas P. Monteverde, Philadelphia, for appellants.

G. Wayne Renneisen, Philadelphia, for Univest Mortg. Co.

Marianne Bechtle Daniels, Jerome Ornsteen, Philadelphia, for Pearlstine, Salkin, Hardiman & Robinson and Pearlstine Associates.

Jeffrey B. Albert, Philadelphia, Marijo Murphy, Warminster, for Joseph Ventresca.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

#### ORDER

PER CURIAM.

Appeal dismissed as moot.